UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN O'DELL,

                Plaintiff,

-against-

TRAVELCENTERS OF AMERICA INC., BARBARA D. GILMORE, LISA HARRIS JONES, JOSEPH L. MOREA, RAJAN PENKAR, ELENA POPTODOROVA, ADAM D. PORTNOY, and JONATHAN M. PERTCHIK,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/24/2023
```

23 Civ. 2504 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 28, 2023, the Court ordered the parties to file a joint letter and proposed case management plan by May 23, 2023. ECF No. 4. Those submissions are overdue. Accordingly, by **June 6, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 24, 2023
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge